UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **WESLEY DEWAYNE PIERCE** | **CIVIL ACTION** |
| **VERSUS** | **NO. 22-5274** |
| **DEPUTY G. PETERSON, ET AL.** | **SECTION: "J"(1)** |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the motion filed by Sheriff Randy Smith, Deputy Gabriel Peterson, Deputy Thomas Christman, Deputy Joshua Lujan, Deputy Russell Spinks, Sergeant Stephen Lucia, Detective Robert Ardeneaux, Jr., Warden Daniel Fleischman, Assistant Warden Rhonda Simmons, Rec. Doc. 18, is **GRANTED IN PART AND DENIED IN PART**. Specifically, **IT IS ORDERED** that the motion is **GRANTED** with respect to the following claims: (1) the first excessive force claim against Peterson and (2) the claims against Smith, Fleischman, and Simmons. **IT IS ORDERED** that the first excessive force claim against Peterson is **DISMISSED WITH PREJUDICE** to its being asserted again until the Heck conditions are met, and **IT IS ORDERED** that the claims against Smith, Fleischman, and Simmons are **DISMISSED WITH PREJUDICE**. **IT IS ORDERED** that the motion is **DENIED** in all other respects.

**IT IS FURTHER ORDERED** that the claims against Sergeant Stephen Lucia and Detective Robert Ardeneaux, Jr., are **DISMISSED WITH PREJUDICE** as frivolous pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(i) and 1915A(b)(1).

**IT IS FURTHER ORDERED** that the motion filed by Dr. Jose Ham, Rec. Doc. 21, is **GRANTED** and that the claims against him are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that the motion filed by District Attorney Warren Montgomery, Rec. Doc. 24, is **GRANTED** and that the claims against him are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that the motion for summary judgment filed by plaintiff, Rec. Doc. 37, is **DENIED**.

**IT IS FURTHER ORDERED** that the second excessive force claim against Deputy Gabriel Peterson and that the failure-to-intervene claims against Deputy Thomas Christman, Deputy Joshua Lujan, and Deputy Russell Spinks are allowed to proceed and remain referred to the United States Magistrate Judge pending further development.

New Orleans, Louisiana, this 6th day of November, 2023.

_____
**CARL J. BARBIER**
**UNITED STATES DISTRICT JUDGE**